**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 530 WAL 2014
:
           Respondent          : Petition for Allowance of Appeal from the
                                   : Order of the Superior Court
:
          v.                    :
:
:
:
EFRAIN GUADIONEX HIDALGO, JR.,    :
:
           Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.